IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELLER AND COMPANY INC,

    Plaintiff,

v.                                CASE NO. 4:04cv367-RH/WCS

ANNE W. HVIDE, et. al.,

    Defendants.

_____/

## ORDER FOR DISMISSAL

The parties having entered a settlement agreement and that agreement having been approved to any extent required by the state probate court in related proceedings,

    IT IS ORDERED:

    1. The parties shall abide by their settlement agreement.

    2. All claims other than for enforcement of the settlement agreement are hereby voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

    3. Jurisdiction is retained for enforcement of the order requiring compliance with the settlement agreement.

4.  The clerk shall enter judgment stating, "The parties are ordered to abide by their settlement agreement.  The court reserves jurisdiction to enforce the order to abide by the settlement agreement.  All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41."

5.  Plaintiff shall respond as required by Local Rule 7.1 to the motion of defendant Louie L. Wainwright to enforce the settlement agreement.

6.  Defendants shall return to the attorney for Grant Thornton LLP the originals and all copies of documents (a) within the possession or control of defendants or their agents or attorneys, (b) received directly or indirectly from Grant Thornton LLP through discovery in this lawsuit, (c) that Grant Thornton LLP asserted at the time of production were confidential.

7.  Plaintiff shall show cause by August 24, 2005, why an order should not be entered requiring plaintiff to return to the attorney for Grant Thornton LLP the originals and all copies of documents (a) within the possession or control of plaintiff or its agents or attorneys, (b) received directly or indirectly from Grant Thornton LLP through discovery in this lawsuit, (c) that Grant Thornton LLP asserted at the time of production were confidential.

SO ORDERED this 10th day of August, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge