**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ELLER AND COMPANY, INC.,

      Plaintiff,

v.                                  CASE NO. 4:04cv367-RH/WCS

ANNE W. HVIDE et. al.,

      Defendants.

_____/

**ORDER REQUIRING PLAINTIFF TO
RETURN GRANT THORNTON DOCUMENTS**

By order entered August 10, 2005 (document 329), plaintiff was directed to show cause why an order should not be entered requiring plaintiff to return to the attorney for Grant Thornton LLP the originals and all copies of documents (a) within the possession or control of plaintiff or its agents or attorneys, (b) received directly or indirectly from Grant Thornton through discovery in this lawsuit, (c) that Grant Thornton asserted at the time of production were confidential. Plaintiff has responded. (Document 341.)

I find that the documents were produced by Grant Thornton during discovery subject to a confidentiality agreement with another party restricting their

use to this litigation, that Grant Thornton reasonably believed the confidentiality would be maintained and the documents would be used only in connection with this litigation, that the documents were in turn provided to plaintiff by the other party without waiver by Grant Thornton of its claim to confidentiality, that in light of the settlement of this litigation plaintiff will have no further use for the documents in connection with this litigation, and that in the interest of justice the documents should now be returned to Grant Thornton.  Accordingly,

IT IS ORDERED:

By October 24, 2005, plaintiff shall return to the attorney for Grant Thornton LLP the originals and all copies of documents (a) within the possession or control of plaintiff or its agents or attorneys, (b) received directly or indirectly from Grant Thornton LLP through discovery in this lawsuit, (c) that Grant Thornton LLP asserted at the time of production were confidential.

SO ORDERED this 22d day of September, 2005.

s/Robert L. Hinkle
Chief United States District Judge