# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELLER AND COMPANY, INC.,

    Plaintiff,

v.                                                                                     CASE NO. 4:04cv367-RH/WCS

ANNE W. HVIDE et. al.,

    Defendants.

_____/

## ORDER REQUIRING MEMORANDA ON ARBITRATOR BIAS

Defendant Hvide has moved to compel enforcement of the parties' settlement agreement and has requested that certain issues be submitted to binding arbitration. In a telephonic hearing on October 12, 2005, plaintiff asserted that the parties' selected arbitrator, Mark R. Manceri, has a disqualifying bias. A deadline was established during the hearing for filing of memoranda on this issue. Because the scope of authorized filings is expanded by this order, the deadline for filings has been extended.

For these reasons:

IT IS ORDERED:

1. Each party shall file by October 31, 2005, a memorandum on whether the

issue of arbitrator bias may be addressed on a motion to compel or enjoin arbitration or may be raised only by a motion to enforce or set aside an arbitration award.

     2.  By October 31, 2005, any party that asserts the issue of arbitrator bias may be addressed on a motion to compel or enjoin arbitration shall submit a proffer of facts supporting its position on whether Mr. Mancieri has a disqualifying bias, supporting affidavits or other evidentiary materials, and a supporting memorandum.

     3.  By October 31, 2005, any party that asserts the issue of arbitrator bias may not be addressed on a motion to compel or enjoin arbitration may, without waiving this position, submit a proffer of facts supporting its position on whether Mr. Mancieri has a disqualifying bias, supporting affidavits or other evidentiary materials, and a supporting memorandum.

     SO ORDERED this 17th day of October, 2005.

                                                        <u>s/Robert L. Hinkle</u>
                                                        Chief United States District Judge