# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELLER AND COMPANY, INC.,

    Plaintiff,

v.                                      CASE NO. 4:04cv367-RH/WCS

ANNE W. HVIDE et. al.,

    Defendants.

_____/

## ORDER DENYING MOTION FOR ORDER REQUIRING DISCLOSURE

Plaintiff's motion (document 353) for an order requiring the arbitrator to disclose possible disqualifying bias is DENIED.

SO ORDERED this 20th day of October, 2005.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge